UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA


KAREN JOHNSON,                                    )
                                                  )
                    Plaintiff,                    )
                                                  )          No. 1:05-CV-15
v.                                                )
                                                  )          Judge Curtis L. Collier
                                                  )
UNUM LIFE INSURANCE COMPANY                       )
OF AMERICA; UNUMPROVIDENT                         )
CORPORATION; MAYTAG                               )
CORPORATION LONG TERM DISABILITY )
PLAN; MAYTAG CORPORATION as Plan        )
Administrator for MAYTAG CORPORATION  )
LONG TERM DISABILITY PLAN,                             )
                                                  )
                    Defendants.                   )
                                                  )
                                                  )


**O R D E R**

The parties have jointly filed a Notice to the Court of Settlement and Motion for Stay of

Schedule (Court File No. 13), informing the Court they have reached a tentative settlement of all

matters in dispute.  The parties represent they are in the process of settling all matters not fully

settled at this time, and these should be resolved shortly.  They request a stay of all pending

deadlines in the scheduling order (Court File No. 10).

The Court hereby **GRANTS** the parties' motion and **STAYS** all proceedings in this matter

until **October 31, 2005** for the parties to complete settlement.  The parties further **SHALL FILE**

a notice of dismissal on or before that date, or a motion for a further stay showing good cause why

the case should not be dismissed.

**SO ORDERED.**

**ENTER:**

<u>               **/s/**             </u>
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**